ACCEPTED
09-17-00247-CR
NINTH COURT OF APPEALS
BEAUMONT, TEXAS
12/13/2017 3:59 PM
CAROL ANNE HARLEY
CLERK

Appellate Docket Number:

Appellate Case Style: Style:

Vs.

Companion Case:

FILED IN
9th COURT OF APPEALS
BEAUMONT, TEXAS

12/13/2017 3:59:33 PM

CAROL ANNE HARLEY
Clerk

Amended/corrected statement: ☐

## DOCKETING STATEMENT (Criminal)

Appellate Court:

| **I. Appellant** | **II. Appellant Attorney(s)** |
|---|---|
| First Name: | ☐ Lead Attorney |
| Middle Name: | First Name: |
| Last Name: | Middle Name: |
| Suffix: | Last Name: |
| Appellant Incarcerated? ☐ Yes ☐ No | Suffix: |
| Amount of Bond: | ☐ Appointed   ☐ District/County Attorney |
| Pro Se: ◯ | ☐ Retained   ☐ Public Defender |
| | Firm Name: |
| | Address 1: |
| | Address 2: |
| | City: |
| | State:   Zip+4: |
| | Telephone:   ext. |
| | Fax: |
| | Email: |
| | SBN: |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|

**III. Appellee**

First Name: _____

Middle Name: _____

Last Name: _____

Suffix: _____

Appellee Incarcerated? ☐ Yes ☐ No

Amount of Bond: _____

Pro Se: ◯

**IV. Appellee Attorney(s)**

☐ Lead Attorney

First Name: _____

Middle Name: _____

Last Name: _____

Suffix: _____

☐ Appointed    ☐ District/County Attorney

☐ Retained    ☐ Public Defender

Firm Name: _____

Address 1: _____

Address 2: _____

City: _____

State: _____    Zip+4: _____

Telephone: _____    ext. _____

Fax: _____

Email: _____

SBN: _____

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): _____

Type of Judgment: _____

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: _____

Offense charged: _____

Date of offense: _____

Defendant's plea: _____

If guilty, does defendant have the trial court's certificate to appeal?

☐ Yes ☐ No

Was the trial by: ☐ jury or ☐ non-jury?

Date notice of appeal filed in trial court: _____

If mailed to the trial court clerk, also give the date mailed : _____

Punishment assessed: _____

Is the appeal from a pre-trial order? ☐ Yes ☐ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes ☐ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial: ☐ Yes ☐ No    If yes, date filed: _____

Motion in Arrest of Judgment: ☐ Yes ☐ No    If yes, date filed: _____

Other: ☐ Yes ☐ No    If yes, date filed: _____

If other, please specify: _____

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed: ☐ Yes ☐ No ☐ NA    If yes, date filed: _____

Date of hearing: _____ ☐ NA

Date of order: _____ ☐ NA

Ruling on motion: ☐ Granted ☐ Denied ☐ NA    If granted or denied, date of ruling: _____

## VIII. Trial Court And Record

Court: _____

County: _____

Trial Court Docket Number (Cause no):

Trial Court Judge (who tried or disposed of the case):

First Name: _____

Middle Name: _____

Last Name: _____

Suffix: _____

Clerk's Record:

Trial Court Clerk: ☐ District ☐ County

Was clerk's record requested? ☐ Yes ☐ No

If yes, date requested: _____

If no, date it will be requested: _____

Were payment arrangements made with clerk?

☐ Yes ☐ No ☐ Indigent

Reporter's or Recorder's Record:

Is there a reporter's record? ☐ Yes ☐ No

Was reporter's record requested? ☐ Yes ☐ No

Was the reporter's record electronically recorded? ☐ Yes ☐ No

If yes, date requested: _____

Were payment arrangements made with the court reporter/court recorder? ☐ Yes ☐ No ☐ Indigent

☐ Court Reporter　　　☐ Court Recorder

☐ Official　　　☐ Substitute

First Name: _____

Middle Name: _____

Last Name: _____

Suffix: _____

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number:                                         Court:

Style:

      Vs.

## X. Signature

_____

Signature of counsel (or pro se party)                                         Date:

Printed Name:                                         State Bar No:

Electronic  Signature:                                         Name:
    (Optional)

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the above lead counsel for all parties to the trial court's order or judgment as listed on page 1 by                                         .

_____

Signature of counsel (or Pro Se  Party)                      Electronic  Signature:
    (Optional)

State Bar No.: